UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

JOSEPH OQUENDO,

                              Plaintiff,

            -against-

CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, former Commissioner RAYMOND W.
KELLY, former Commissioner WILLIAM J. BRATTON,
commissioner JAMES P. O'NEILL, legal Bureau Director
JONATHAN DAVID, Former Investigator THOMAS
SCOLLAN, and "JOHN DOES #1-3" and JANE DOES #
1-3," said names being fictitious, but intended to designate
certain unknown employees of the City of New York
Police Department,

                              Defendants.

------------------------------------------------------------------------------- x

**NOTICE OF MOTION**

19-CV-6352 (BMC)

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in support of this motion, dated February 28, 2020; and upon the pleadings herein, the undersigned will move this Court, before the Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, at a time set by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint, and granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE,** that, pursuant to the Order of the Honorable Brian M. Cogan dated February 24, 2020, any answering papers should be filed on or before March 6, 2020, and reply papers on or before March 13, 2020.

Dated:      New York, New York
               March 1, 2020

                                                JAMES E. JOHNSON
                                                Corporation Counsel of
                                                the City of New York
                                                Attorney for Defendants
                                                100 Church St., Rm. 5-318
                                                New York, New York 10007
                                                Email: alulich@law.nyc.gov
                                                Tel: (212) 356-2369
                                                Fax: (212) 356-1148


                                         By:     /S _____
                                                  Aimee K. Lulich
                                                  Senior Counsel


cc:      Robert La Reddola, Esq.
           La Reddola, Lester & Associates, LLP
           *Attorneys for Plaintiff*
           600 Old Country Road, Suite 230
           Garden City, New York 11530

19-CV-6352 (BMC)

| UNITED STATES DISTRICT COURT |
| EASTERN DISTRICT OF NEW YORK |

JOSEPH OQUENDO,

                                                                             Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, former Commissioner RAYMOND W. KELLY, former Commissioner WILLIAM J. BRATTON, commissioner JAMES P. O'NEILL, legal Bureau Director JONATHAN DAVID, Former Investigator THOMAS SCOLLAN, and "JOHN DOES #1-3" and JANE DOES # 1-3," said names being fictitious, but intended to designate certain unknown employees of the City of New York Police Department,

                                                                             Defendants.

## NOTICE OF MOTION

### *JAMES E. JOHNSON*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street Room 5-318*
*New York, N.Y. 10007*

*Of Counsel: Aimee Lulich*
*Tel: (212) 356-2369*
*Matter No.: 2019-060084*

*Due and timely service is hereby admitted.*

*New York, N.Y. ........................................................................................., 2020......*

*............................................................................................................. , Esq.*

*Attorney for ...............................................................................................*