UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

JOSEPH OQUENDO,

                                                    Plaintiff,

            -against-                                           **DECLARATION OF AIMEE
                                                                K. LULICH**

CITY OF NEW YORK, NEW YORK CITY POLICE                          19-CV-6352 (BMC)
DEPARTMENT, former Commissioner RAYMOND W.
KELLY, former Commissioner WILLIAM J. BRATTON,
commissioner JAMES P. O'NEILL, legal Bureau Director
JONATHAN DAVID, Former Investigator THOMAS
SCOLLAN, and "JOHN DOES #1-3" and JANE DOES #
1-3," said names being fictitious, but intended to designate
certain unknown employees of the City of New York
Police Department,

                                                    Defendants.

------------------------------------------------------------------------------- x

            **AIMEE K. LULICH**, declares pursuant to 28 U.S.C. § 1746, under penalty of

perjury, that the following is true and correct:

            1.        I am an Assistant Corporation Counsel in the office of James E. Johnson,

Corporation Counsel of the City of New York, attorney for defendants City of New York

("City"), New York City Police Department ("NYPD"), former NYPD Commissioners Raymond

Kelly, William Bratton, and James O'Neill, former NYPD Deputy Inspector Thomas Scollan,

and NYPD License Division Director Jonathan David. As such, I am familiar with the facts

stated below and submit this declaration to place on the record the relevant documents in support

of defendant Thomas Scollan's motion pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure.

            2.        Attached as Exhibit A is the Decision and Order of the Honorable Lucy

Billings in New York County Supreme Court Index No. 100529/2015, dated December 12,

2016,which is quoted in the Complaint;

3.	Attached as Exhibit B is the NYPD License Division's Appeal Determination regarding plaintiff's application for a "retired police officer" handgun license, in which plaintiff is offered a carry business license, and which is relied upon in the Complaint.

Dated:	New York, New York
	March 1, 2020


_____/S_____
	Aimee K. Lulich
	Senior Counsel

19-CV-6352 (BMC)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSEPH OQUENDO,

Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, former Commissioner RAYMOND W. KELLY, former Commissioner WILLIAM J. BRATTON, commissioner JAMES P. O'NEILL, legal Bureau Director JONATHAN DAVID, Former Investigator THOMAS SCOLLAN, and "JOHN DOES #1-3" and JANE DOES # 1-3," said names being fictitious, but intended to designate certain unknown employees of the City of New York Police Department,

Defendants.

# DECLARATION OF AIMEE K. LULICH

*JAMES E. JOHNSON*
*Corporation Counsel of the City of New York*
*Attorney for Defendants City of New York, Raymond Kelly, William Bratton, James O'Neill, Thomas Scollan and Jonathan David*
*100 Church Street Room 5-318*
*New York, N.Y. 10007*

*Of Counsel: Aimee Lulich*
*Tel: (212) 356-2369*
*Matter No.: 2019-060084*

*Due and timely service is hereby admitted.*

*New York, N.Y. ........................................................................................, 2019......*

*........................................................................................................ , Esq.*

*Attorney for ..................................................................................................*