UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

JOSEPH OQUENDO,

                                Plaintiff,

                -against-

CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, former Commissioner RAYMOND W.
KELLY, former Commissioner WILLIAM J. BRATTON,
commissioner JAMES P. O'NEILL, legal Bureau Director
JONATHAN DAVID, Former Investigator THOMAS
SCOLLAN, and "JOHN DOES #1-3" and JANE DOES #
1-3," said names being fictitious, but intended to designate
certain unknown employees of the City of New York
Police Department,

                                Defendants.

**DECLARATION OF AIMEE K. LULICH IN FURTHER SUPPORT OF THOMAS SCOLLAN'S MOTION TO DISMISS THE COMPLAINT**

19-CV-6352 (BMC)

------------------------------------------------------------------------------- x

        **AIMEE K. LULICH**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

        1.       I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants City of New York ("City"), New York City Police Department ("NYPD"), former NYPD Commissioners Raymond Kelly, William Bratton, and James O'Neill, former Deputy Inspector Thomas Scollan, and NYPD License Division Director Jonathan David. As such, I am familiar with the facts stated below and submit this declaration to place on the record the relevant documents in further support of defendants motion pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

        2.       Attached as Exhibit "C" is the Memorandum of Law in Support of Respondents' Cross-Motion to Dismiss the Petition, which sets forth the City's arguments in the Article 78 Proceeding entitled <u>Oquendo v. City of New York, et. al.</u>, filed in New York County Supreme Court Index No. 100529 on December 12, 2014. Plaintiff refers to the City's

arguments in the Article 78 proceeding in the Complaint and the Opposition to the Motion to Dismiss.

        3.      Attached as Exhibit "D" is the Transcript of oral arguments in <u>Oquendo v. City of New York, et. al.</u>, Index No. 100529, before the Honorable Lucy Billings, New York County Supreme Court, on October 22, 2015. Plaintiff refers to the City's arguments and Judge Billings' decision in the Article 78 proceeding in the Complaint, and filed this transcript on the court docket for the instant case as a "sur-reply" to defendants City, NYPD, Kelly Bratton, O'Neill, and David's motion to dismiss the complaint.

Dated:    New York, New York
           February 14, 2020

                                                                                               Aimee K. Lulich
                                                                                                Senior Counsel

19-CV-6352 (BMC)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSEPH OQUENDO,

                                                            Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, former Commissioner RAYMOND W. KELLY, former Commissioner WILLIAM J. BRATTON, commissioner JAMES P. O'NEILL, legal Bureau Director JONATHAN DAVID, Former Investigator THOMAS SCOLLAN, and "JOHN DOES #1-3" and JANE DOES # 1-3," said names being fictitious, but intended to designate certain unknown employees of the City of New York Police Department,

                                                            Defendants.

**DECLARATION OF AIMEE K. LULICH IN FURTHER SUPPORT OF THOMAS SCOLLAN'S MOTION TO DISMISS THE COMPLAINT**

*JAMES E. JOHNSON*

*Corporation Counsel of the City of New York*
   *Attorney for Defendants City of New York, Raymond Kelly, William Bratton, James O'Neill, Thomas Scollan, and Jonathan David*
*100 Church Street Room 5-318*
*New York, N.Y. 10007*

*Of Counsel: Aimee Lulich*
*Tel: (212) 356-2369*
*Matter No.: 2019-060084*

*Due and timely service is hereby admitted.*

*New York, N.Y. ......................................................................................, 2019......*

*............................................................................................................... , Esq.*

*Attorney for ...........................................................................................................*